UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:  ) Case No.: 11-10112
        )
NICHOLAS GRAVEL and  ) Chapter 13
        )
AMANDA GRAVEL  )
        )
        Debtors.  )

Filed & Entered
On Docket
May 20, 2016

**ORDER DETERMINING THAT THE DEBTORS HAVE CURED ALL PREPETITION MORTGAGE DEFAULTS AND IS CURRENT POST-PETITION ON MORTGAGE PAYMENTS TO *PHH MORTGAGE CORPORATION***

Upon motion of the Chapter 13 Trustee pursuant to VT LBR 3015-2(j)(8) and notice under Fed. R. Bankr. P. 3002.1(f) for an order determining that the debtor(s) in this case are current on their mortgage payments to *PHH Mortgage Corporation*. Service of the motion and notice having been given to the mortgagee, Debtors, and Debtors' attorney, and the Creditor, PHH Mortgage, having filed a Response agreeing that the Debtors are current (doc. # 72), and it appearing to the Court based on the representations of PHH's Response, along with the Trustee's Motion and exhibits, that in fact the debtors are current on their mortgage payments, NOW THEREFORE,

IT IS ORDERED AND DETERMINED AS FOLLOWS:

(1) the debtors have cured any mortgage arrearage or default existing on the date that this bankruptcy case was filed;

(2) the debtors, by their payments through the Office of the Chapter 13 Trustee, have made all payments due during the pendency of this case through April 1, 2016, including all monthly payments and any other charges or amounts due under their mortgage with *PHH Mortgage Corporation.*

(3) the Debtors' first post-bankruptcy mortgage payment is to be made directly by the debtors to the mortgagee beginning with the payment due on May 1, 2016.

(4) the mortgagee shall be precluded from disputing that the debtors are current (as set forth herein) in any other proceeding.

Dated: May 20, 2016
Burlington, Vermont

_____
Hon. Colleen A. Brown
U.S. Bankruptcy Judge