UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| In re: | ) | Case No. 11-10112 |
| | ) | |
| NICHOLAS GRAVEL and | ) | Chapter 13 |
| AMANDA GRAVEL, | ) | |
|     Debtors. | ) | |
| | ) | |
| In re: | ) | Case No. 11-10281 |
| | ) | |
| ALLEN BEAULIEU and | ) | Chapter 13 |
| LAURIE BEAULIEU, | ) | |
|     Debtors. | ) | |
| | ) | |
| In re: | ) | Case No. 12-10512 |
| | ) | |
| MATTHEW KNISLEY and | ) | Chapter 13 |
| EMILIE KNISLEY, | ) | |
|     Debtors. | ) | |

## PHH MORTGAGE CORPORATION'S
## NOTICE OF AMENDED SUPERSEDEAS BOND

PHH Mortgage Corporation ("PHH"), by and through its attorneys, Primmer Piper Eggleston & Cramer PC, pursuant to the Court's July 11, 2019 Order Granting PHH's Motion for a Stay Pending Appeal, on Condition that it Post a Bond (*In re Gravel*, Doc. 143; *In re Beaulieu*, Doc. 162; *In re Knisley*, Doc. 127) and Fed. R. Bankr. P. 8007, hereby provides notice to the Court that it has obtained and is posting an amended bond in the form attached hereto as Exhibit A (the "Amended Bond"). PHH shall hand deliver the original Amended Bond to the Court by the close of business on July 17, 2019.

Dated at Burlington, Vermont this 16th day of July, 2019.

By:   /s/Alexandra Edelman
Alexandra E. Edelman, Esq.
Douglas J. Wolinsky, Esq.
Primmer Piper Eggleston & Cramer
30 Main Street, Suite 500

1

3924170.1

Burlington, Vermont 05402-1489
(802) 864-0880
aedelman@primmer.com
dwolinsky@primmer.com

Matthew J. Delude, Esq.
Primmer Piper Eggleston & Cramer
900 Elm Street, 19th Floor
Manchester, NH 03105-3600
(603) 626-3324
mdelude@primmer.com

**Attorneys for PHH Mortgage Corporation**

2

3924170.1



McGriff, Seibels & Williams, Inc.
Surety Division
2211 7th Avenue, South  Birmingham, AL 35233
Phone - 205/252-9871   Fax - 205/581-9463

# LETTER OF TRANSMITTAL

To:    PHH Mortgage Corporation                                    Date: 07/15/2019

       Attention: Gerry Gager

We are sending you:

☒ Attached              ☐ Consent of Surety                    ☐ Certificate of Insurance

☐ Copy of Letter        ☐ Change Order/
                          Supplemental Agreement               ☐ Application

☐ Invoice               ☐ Performance & Payment Bond          ☒ Appeal Bond

No. of Copies:     Description:

(1) Appeal Bond
Bond No. 016218656
*Please review and notify if you should have any questions or if changes or amendments are needed.

These are transmitted as checked below:

☐ Information and/or necessary action    ☐ For your file                ☒ As requested

☒ For your use                           ☐ Returned for corrections     ☐ Please sign as
                                                                           indicated and return

Remarks: FedEx

Copy to: File & Surety                              Signed: Meagan Calvert
                                                            mcalvert@mcgriff.com / 205-583-9558

If enclosures are not as noted, kindly notify at once.

tq-03/b35.1

Liberty Mutual Surety
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462


Liberty Mutual.

## SUPERSEDEAS BOND

Bond No. **016218656**

IN THE  United States Bankruptcy  COURT OF  Vermont
COUNTY OF  Chittenden  STATE OF  Vermont

Nicholas and Amanda Gravel, Debtors.,  )
)
Allen and Laurie Beaulieu, Debtors.,  ) CASE NO.  11-10112
)  11-10281
and  )  12-10512
)
Matthew and Emilie Knisley, Debtors.  )
)

KNOW ALL MEN BY THESE PRESENTS, That we, PHH Mortgage Corporation as Principal, and Liberty Mutual Insurance Company, a Massachusetts corporation, as Surety are held and firmly bound unto The Chapter 13 Trustee & Legal Services Law Line of Vermont in the amount of Three Hundred Thousand Dollars And Zero Cents Dollars ($ 300,000.00 ) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said PHH Mortgage Corporation has petitioned the U.S. District Court for the State of Vermont for an appeal to said court of an action previously decided in United States Bankruptcy court, wherein the said PHH Mortgage Corporation is Defendant, and being numbered 143 on the docket thereof;

NOW THEREFORE, the condition of this obligation is such that if the said PHH Mortgage Corporation shall pay all costs, disbursements and judgements incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of Three Hundred Thousand Dollars And Zero Cents Dollars ($ 300,000.00 ).

IN WITNESS WHEREOF, PHH Mortgage Corporation as Principal and Liberty Mutual Insurance Company , as Surety, have hereunto set our hands this 12th day of July , 2019 .

ATTEST/WITNESS

By: *Jennifer Luaine*

PHH Mortgage Corporation
Principal
By: *[signature]*

Liberty Mutual Insurance Company
By: *Mark W. Edwards, II*
Mark W. Edwards, II    Attorney-in-Fact

S-1965/LM 10/03    XDP

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.



Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8201218-016032**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Anna Childress; Richard H. Mitchell; Sam Audia; Mark W. Edwards, II; Alisa B. Ferris; Robert R. Freel; William M. Smith; Jeffrey M. Wilson__

all of the city of ____Birmingham____ state of ____AL____ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __8th__ day of __May__, __2019__.

  

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

State of PENNSYLVANIA  ss
County of MONTGOMERY

On this __8th__ day of __May__, __2019__ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this __12th__ day of __July__, __2019__.

  

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

LMS-12873 LMIC OCIC WAIC Multi Co_062018